# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERALD L. JOHNSON, | CV F 07-00714 OWW SMS HC |
| Petitioner, | ORDER DEEMING CERTIFICATE OF APPEALABILITY UNNECESSARY |
| v. | [Court Doc. 14] |
| JEFF WRIGLEY, | |
| Respondent. | |

On December 21, 2007, the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 was denied and judgment was entered in favor of Respondent. (Court Docs. 12, 13.) On January 9, 2008, and January 16, 2008, Petitioner filed a notice of appeal. (Court Docs. 14, 15.)

Because Petitioner is a federal prisoner and the petition filed under § 2241 challenged the execution of his sentence, a certificate of appealability is unnecessary, and the appeal may be processed to the United States Court of Appeals for the Ninth Circuit. <u>Forde v. U.S. Parole Comm'n</u>, 114 F.3d 878 (9th Cir. 1997) (holding that a § 2241 petitioner in federal custody need not obtain a COA as a prerequisite to appeal because the detention does not arise out of process issued by the state court.).

IT IS SO ORDERED.

**Dated:   February 8, 2008**         /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE

1